**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| DAVID ANDREW NEZBEDA, | ) | |
| HEIDI CHRISTINE NEZBEDA, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Civil Action No. 1:17-cv-01261-MHC |
| -v- | ) | |
| | ) | |
| LIC, et. al, | ) | |
| | ) | |
| Defendants. | ) | |

**LIC ("LIBERTY MUTUAL INSURANCE CORPORATION'S")
MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON
WHICH RELIEF CAN BE GRANTED OR, ALTERNATIVELY,
FOR JUDGMENT ON THE PLEADINGS**

Because the face of the Plaintiffs' Complaint establishes that Plaintiffs' claims against Liberty Insurance Corporation, improperly named in the Complaint as Liberty Mutual Insurance Corporation ("LIC"), are time-barred or otherwise fail to state a claim against LIC upon which relief can be granted, LIC moves the Court, pursuant to Fed. R. Civ. P. 12(b)(6), to dismiss with prejudice Plaintiffs' Complaint against it.  Alternatively, LIC moves this Court, pursuant to Rule 12(c) of the Federal Rules of Civil Procedure, for judgment on the pleadings.

LIC files, concurrently herewith, a supporting Memorandum of Law which sets forth the legal authority for LIC's motion. For the reasons discussed therein, LIC respectfully requests that Plaintiffs' Complaint against LIC be dismissed with prejudice.

Respectfully submitted this 11th day of May, 2017.

ISENBERG & HEWITT, PC

/s/ Brent J.  Kaplan_____
Brent J. Kaplan
Georgia Bar No. 406825
Hilary W. Hunter
Georgia Bar No. 742696
6600 Peachtree Dunwoody Rd.
600 Embassy Row, Suite 150
Atlanta, GA 30328
(770) 351-4400 (Telephone)
(770) 828-0100 (Facsimile)
**Attorneys for Defendant LIC**

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| DAVID ANDREW NEZBEDA, | ) | |
| HEIDI CHRISTINE NEZBEDA, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Civil Action No. 1:17-cv-01261-MHC |
| -v- | ) | |
| | ) | |
| LIC, et. al, | ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on this day, I electronically filed **LIC ("LIBERTY MUTUAL INSURANCE CORPORATION'S") MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED OR, ALTERNATIVELY, FOR JUDGMENT ON THE PLEADINGS** with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to attorneys of record.    I further certify that I have this day served a copy of the foregoing pleading on all parties by depositing a true copy of same in the U.S. Mail, postage prepaid, addressed as follows:

David Andrew Nezbeda
Heidi Christine Nezbeda
1940 McLain Rd. NW
Acworth, GA 30101

Gillian O'Nan
38 Old Ivy Road
Atlanta, GA 30342

Mark Edward McRorie
5062 Rodrick Trail
Marietta, GA. 30066

Honorable Robert D. Leonard
70 Haynes Street
Marietta, GA 30090

Melissa Brickey
70 Haynes Street
Marietta GA 30090

Clay O'Daniel
Roswell Building North
8010 Roswell Road, Suite 210
Atlanta GA. 30350

David Edward Oles, Sr.
5755 North Point Parkway
Suite #25
Alpharetta, GA. 30022

Leslie O'Neal
506 Roswell Street N.E.
Suite 210
Marietta, GA. 30060

4

Cobb County Government
100 Cherokee Street
Marietta, GA 30090

Dr. William Buchanan
3534 Old Milton Parkway
Alpharetta, GA 30005

Jennifer R. Mckweon
114 Mountain View Road
Marietta, GA 30064

Artimes Group, LLC
2453 Powder Springs Rd. SW
Marietta, GA 30064

Reginald Lovelace
1750 Beaver Ruin Rd.
Suite 100
Norcross, GA 30093

Cobb County Police Department
140 North Marietta Parkway
Marietta, GA 30060

Cobb County Sheriff's Department
185 Roswell Street, NW
Marietta, GA 30090

Ellaretha Coleman
50 Hurt Plaza SE
Suite 824
Atlanta, GA 30303

Jamie Minich
PO Box 1053
Montgomeryville, PA. 18936

Cobb County Tax Assessor's Office/
Cobb County Tax Commissioner's Office
736 Whitlock, Ave. Suite 100
Marietta, GA 30064

Westside Elementary School
344 Polk Street
Marietta, GA 30064

North Point Psychology
3534 Old Milton Parkway
Alpharetta, GA 30005

Cobb County Adult Detention Center
County Services Road
Marietta, GA 30008

Cobb County Clerk of Superior Courts
70 Haynes Street
Marietta, GA 30090

Mark Lively/Inline Consulting
402 Bell Court
Woodstock, GA 30188

RJMW
2200 Executive Street
Charlotte, NC 28208

Douglas White/White Heart Associates, LLC
2625 Cumberland Parkway
Suite 125
Atlanta, GA 30339

Judicial Qualifications Committee
POB 2179
Covington, GA 30015


    This 11th day of May, 2017

                    ISENBERG & HEWITT, PC

                    /s/ Brent J.  Kaplan_____
                    Brent J. Kaplan
                    Georgia Bar No. 406825
                    Hilary W. Hunter
                    Georgia Bar No. 742696
                    6600 Peachtree Dunwoody Rd.
                    600 Embassy Row, Suite 150
                    Atlanta, GA 30328
                    (770) 351-4400 (Telephone)
                    (770) 828-0100 (Facsimile)
                    **Attorneys for Defendant LIC**